**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| JEAN RENE,                )<br>                                          )<br>         Plaintiff,          )<br>                                          )<br>v.                                       )<br>                                          )<br>NEBRASKA FURNITURE MART, INC.  )<br>                                          )<br>         Defendant.        ) | Case No. 2:20-cv-02353-SAC-GEB |

## **STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Jean Rene and Defendant Nebraska Furniture Mart, Inc. stipulate to the dismissal of this action with prejudice, each of the parties to bear his or its own costs.

Respectfully submitted,

**SIRO SMITH DICKSON PC**

By /s/ Athena M. Dickson
    Rik N. Siro         KS FED #77812
    Eric W. Smith       KS #16539
    Athena M. Dickson  KS #21533
    Raymond A. Dake   KS FED #78448
    Ryan P. McEnaney  KS FED #78827
    1621 Baltimore Avenue
    Kansas City, Missouri  64108
    816.471.4881 (Tel)
    816.471.4883 (Fax)
    rsiro@sirosmithdickson.com (email)
    esmith@sirosmithdickson.com (email)
    adickson@sirosmithdickson.com (email)
    rdake@sirosmithdickson.com (email)
    rmcenaney@sirosmithdickson.com (email)

**ATTORNEYS FOR PLAINTIFF**

**LITTLER MENDELSON, P.C**.

By /s/ Robert A. Sheffield
    Robert A. Sheffield, KS #25732
    Bonnie Birdsell, D. Kan. #78895
    1201 Walnut, Suite 1450
    Kansas City, MO 64106
    Telephone: 816.627.4400
    Facsimile: 816.627.4444
    aromano@littler.com
    rsheffield@littler.com
    bbirdsell@littler.com

**ATTORNEY FOR DEFENDANT**